**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| **GLORIA BUCKLEY, on behalf of A.J.B., a minor child,** ) ) ) **Plaintiff,** ) ) v. ) ) **MICHAEL J. ASTRUE, Commissioner of the Social Security Administration,** ) ) ) ) ) **Defendant.** ) | Case No. CIV-06-43-R |

## O R D E R

Before the Court is the Report and Recommendation of United States Magistrate Judge Doyle W. Argo entered June 24, 2008. No objection to the Report and Recommendation has been filed nor has an extension of time in which to object been sought or granted. Therefore, the Report and Recommendation [Doc. No. 20] is ADOPTED in its entirety, Plaintiff's motion for attorney's fees [Doc. No. 17] is GRANTED and Plaintiff is awarded $701.60 as a reasonable attorney fee pursuant to 28 U.S.C. § 2412(d)(1)(A).

IT IS SO ORDERED this 16th day of July, 2008.

_____
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE