IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| GLORIA BUCKLEY, on behalf of ) <br> A.J.B., a minor child, ) <br> ) <br>     Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MICHAEL J. ASTRUE, ) <br> Commissioner of the Social ) <br> Security Administration, ) <br> ) <br>     Defendant. ) | Case No. CIV-06-43-R |

## **O R D E R**

Before the Court is the Report and Recommendation of United States Magistrate Judge Doyle W. Argo entered October 15, 2008. Doc. No. 27. No objection to the Report and Recommendation has been filed nor has an extension of time in which to object been sought or granted. Therefore, the Report and Recommendation of the Magistrate Judge is ADOPTED in its entirety, the motion of Steven A. Troutman for an award of attorney fees under 42 U.S.C. § 406(b) [Doc. No. 24] is GRANTED and Steven A. Troutman is awarded $1,800.00 as a reasonable attorney fee under that section. Plaintiff's counsel is ORDERED to immediately refund to Plaintiff the lesser attorney fee award of $701.60, awarded under the Equal Access to Justice Act, upon Mr. Troutman's receipt of his attorney fee award under § 406(b).

IT IS SO ORDERED this 5th day of November, 2008.

_____
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE